UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD L. BASKETT,<br><br>   Plaintiff,<br><br>   v.<br><br>KEVIN BOVENKAMP,<br><br>   Defendant. | Case No. C06-5150RJB<br><br>SECOND ORDER TO AMEND THE COMPLAINT |

     This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Plaintiff was given leave to proceed *in forma pauperis*.  Plaintiff alleges defendant Bovenkamp is a regional administrator for the Washington State Department of Corrections.  Plaintiff alleges he asked defendant Bovenkamp for a new probation officer because [the defendant] alleged an unlawful seizure against the officer assigned to Mr. Baskett and because Mr. Baskett was going to be re-located.  The request was not honored and plaintiff filed this action alleging a due process violation.  (Dkt. # 3).

     The Court, reviewed plaintiff's complaint, and issued an order to amend the complaint because of deficiencies including failure to state a claim against defendant Bovenkamp.  (Dkt. # 60).  Since entry of that order plaintiff has filed two motions neither of which properly address the issues

ORDER

enumerated in the court's order to amend the complaint. (Dkt. # 7 and 8).

Plaintiff will file a proposed amended complaint on or before **June 24th, 2006** or this court will recommend dismissal of this action.

The Clerk is directed to send plaintiff a copy of this Order and note this matter for **June 24th, 2006.**

DATED this 23rd day of May, 2006.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER